# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Henry Gibbs, Jr.,                          :
                  Petitioner      :
                             :
           v.              :
                             :
Pennsylvania Parole Board,          :
                  Respondent     :          No. 308 C.D. 2023

**PER CURIAM**                          **O R D E R**

NOW, June 10, 2024, upon consideration of Petitioner's application for reconsideration, the application is DENIED.